CRANFORD COMPANY, INC., Respondent, *v.* L. LEOPOLD & Co., INC., Defendants, and UNITED STATES OF AMERICA, Appellant.

Submitted March 8, 1948; decided March 18, 1948.

*John F. X. McGohey, United States Attorney (James A. Devlin* of counsel), for motion.

*Emil V. Pilz* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.